IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-178-SLR |
| UNITED DOMINION INDUSTRIES, et al., | : |
| Defendants/Third-Party Plaintiffs, | : |
| v. | : |
| T. A. RIETDORF AND SONS, INC., | : |
| Third-Party Defendant. | : |

## ORDER

At Wilmington this **11th** day of **April, 2005**,

IT IS ORDERED that the mediation scheduled for Wednesday, April 20, 2005 at 10:00 a.m. is canceled. The parties are proceeding with private mediation. Counsel shall advise Judge Robinson immediately should the matter settle as a result of the private mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE