# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America, | : : : : |
| Plaintiff, | : : : |
| v. | : : : |
| UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS, SPX CORPORATION AND MARLEY CORPORATION, | : : : : : : |
| Defendants/Third-Party Plaintiffs, | : : |
| v. | : : |
| T.A. RIETDORF & SONS, INC., | : : |
| Third-Party Defendant. | : |

Civil Action No. 04-178

**TRIAL BY JURY OF TWELVE DEMANDED**

## NOTICE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 9th day of May 2005, I have had deposited in the mailbox at Three Mill Road, Wilmington, Delaware, two true and correct copies of the following document(s):

**Third Party Defendant's 2nd Set of Interrogatories Directed to Plaintiff.**

**DIRECTED TO:**

Peter G. Rossi, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103-3508

Frank E. Noyes, II, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Kevin J. Connors, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888

Edward Jaeger, Jr., Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA  19103

William H. Resch, Jr., Esquire
Marshall, Dennehey, Warner,
     Coleman & Goggin
620 W. Germantown Pike, Suite 350
Plymouth Meeting, PA  19462

                              CHRISSINGER & BAUMBERGER

                              /s/David L. Baumberger
                              DAVID L. BAUMBERGER, ESQUIRE
                              Attorney ID No. 2420
                              Three Mill Road, Suite 301
                              Wilmington, DE  19806
                              (302) 777-0100
                              Attorney for Third Party Defendant