UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America, | : : : | Civil Action No. 04-178 |
| Plaintiff, | : : | |
| v. | : : | TRIAL BY JURY OF TWELVE DEMANDED |
| UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS, SPX CORPORATION AND MARLEY CORPORATION, | : : : : : : | |
| Defendants/Third-Party Plaintiffs, | : : | |
| v. | : : | |
| T.A. RIETDORF & SONS, INC., | : : | |
| Third-Party Defendant. | : | |

**THIRD PARTY DEFENDANT RIETDORF & SONS INC.'S 2ND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

1. Please identify the manufacturer and trade name or product name, the date of installation and identity of installer of the carpeting in the first floor of bookstore present on the day of the fire.

**ANSWER:**

2. Please identify the names of all security personnel employed by or on behalf or Widener, who received any alarms on the night of the fire, or who responded to the scene prior to the arrival of the fire company.

**ANSWER:**

3.  Please identify the name of the manufacturer and the identification of the type of alarm systems, including and product or serial numbers of the alarms, present in the bookstore the night of the fire.

**ANSWER:**

                                                CHRISSINGER & BAUMBERGER

                                                /s/David L. Baumberger
                                                DAVID L. BAUMBERGER, #2420
                                                Three Mill Road, Suite 301
                                                Wilmington, DE  19806
                                                (302) 777-0100
DATED:  May 9, 2005                          Attorney for Third-Party Defendant