## **CERTIFICATE OF SERVICE**

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 17th day of June 2005, I have had served via electronic mail a true and correct copy of the following document(s):

**Motion to Consolidate**

**DIRECTED TO:**

| | |
|---|---|
| Peter G. Rossi, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103-3508 | Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>    Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899-8888 |
| Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Edward Jaeger, Jr., Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 |
| William H. Resch, Jr., Esquire<br>Marshall, Dennehey, Warner,<br>    Coleman & Goggin<br>620 W. Germantown Pike, Suite 350<br>Plymouth Meeting, PA 19462 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |

    CHRISSINGER & BAUMBERGER

    /s/David L. Baumberger
    DAVID L. BAUMBERGER, ESQUIRE
    Attorney ID No. 2420
    Three Mill Road, Suite 301
    Wilmington, DE 19806
    (302) 777-0100
    Attorney for Third-Party Defendant Rietdorf