## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AMERICAN EMPLOYERS' INSURANCE COMPANY**, as subrogee of College Book Stores of America, | : : : : | Civil Action No. 05-63 |
| **Plaintiff,** | : : | |
| v. | : : | **TRIAL BY JURY OF TWELVE DEMANDED** |
| **T.A. RIETDORF & SONS, INC.,** | : : | |
| **Defendant.** | : | |

## **ORDER**

Having considered the Joint Motion to Consolidate the actions known as 04-178 and 05-63 shall be consolidated, said Motion is hereby GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
Judge