## CERTIFICATE OF SERVICE

I, DAVID L. BAUMBERGER, ESQUIRE, hereby certify that on this 21st day of June 2005, I have had served via electronic mail a true and correct copy of the following document(s):

**Joint Motion to Consolidate**

**DIRECTED TO:**

| | |
|---|---|
| Peter G. Rossi, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103-3508 | Kevin J. Connors, Esquire<br>Marshall, Dennehey, Warner,<br>     Coleman & Goggin<br>1220 N. Market Street, 5th Floor<br>P.O. Box 8888<br>Wilmington, DE  19899-8888 |
| Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE  19899-0709 | Edward Jaeger, Jr., Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA  19103 |
| William H. Resch, Jr., Esquire<br>Marshall, Dennehey, Warner,<br>     Coleman & Goggin<br>620 W. Germantown Pike, Suite 350<br>Plymouth Meeting, PA  19462 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE  19801 |

CHRISSINGER & BAUMBERGER

/s/David L. Baumberger
DAVID L. BAUMBERGER, ESQUIRE
Attorney ID No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302) 777-0100
Attorney for Third-Party Defendant Rietdorf