| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book | : <br> : <br> :    Case No. 04-0178-SLR |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| SPX CORPORATION, UNITED DOMINION INDUSTRIES, INC., THE MARLEY COMPANY LLC, THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS | : <br> : <br> : <br> : <br> : <br> : |
| Defendants/Third Party Plaintiffs, | : <br> : |
| v. | : <br> : |
| T.A. RIETDORF & SONS, INC., | : <br> : |
| Third Party Defendant. | : |

## **ORDER**

Having considered the Joint Motion to Consolidate the actions known as 04-178 and 05-63 shall be consolidated, said Motion is hereby GRANTED.

IT IS SO ORDERED, this _____ day of _____, 2005.

_____
Judge