IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION, MARLEY ENGINEERED PRODUCTS, SPX CORPORATION, MARLEY COMANY LLC, and TA RIETDORF & SONS INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-178-SLR<br>)    (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington this 24th day of June, 2005, having granted the parties' joint motions for consolidation of the above captioned case with Civ. No. 05-63-SLR;

IT IS ORDERED that the lead case shall be Civ. No. 04-178-SLR. All future filings shall be made in the lead case only using the above caption.

                                           /s/ Sue L. Robinson
                                    United States District Judge