IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION, MARLEY ENGINEERED PRODUCTS, SPX CORPORATION, MARLEY COMANY LLC, and TA RIETDORF & SONS INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No. 04-178-SLR<br>)  (Lead Case)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 18th day of July, 2005, having reviewed the parties' joint stipulated modification to the scheduling order entered in August 2004 (D.I. 28), giving themselves an additional 30 days in which to file their motions for summary judgment and, consequently, giving the court 30 days less in which to resolve the same;

IT IS ORDERED that said stipulation (D.I. 47) is accepted to the extent the parties may file their motions for summary judgment on or before July 30, 2005, as requested. It is rejected to the extent that they can maintain their pretrial and trial dates. The pretrial and trial dates are no longer extant; the court will confer with the parties to reschedule a trial

date, if necessary, once the motions for summary judgment have been resolved.

                                                                                      */s/ Sue L. Robinson*
                                                               United States District Judge