# CHRISSINGER & BAUMBERGER*

ATTORNEYS AT LAW

SUITE 301

THREE MILL ROAD

WILMINGTON, DELAWARE 19806

NANCY CHRISSINGER COBB  (302)777-0100
DAVID L. BAUMBERGER  TELECOPIER
ERIC D. BOYLE  (302) 777-5696
MARIA J. POEHNER  *Not a partnership
CHRISTOPHER T. LOGULLO

July 21, 2005

**VIA E-FILE ONLY**
The Honorable Sue L. Robinson
District Court of the State of Delawrae
844 N. King Street, Rom 4209
Lock Box 18
Wilmington, DE  19801

      RE:    **American Employers v. T.A. Rietdorf, et. al.**
               **C.A. No. 04-178**

Dear Judge Robinson:

     I represent defendant T. A. Rietdorf in the above-captioned matter. I am pleased to advise the Court that this matter has been resolved through Mediation.  The parties will be filing a Stipulation of Dismissal with the Court in the very near future.  Accordingly, this matter can be taken off the Court's calendar.  I am available at the Court's request should there be any questions.

                                         Respectfully,

                                         /s/David L. Baumberger
                                         DAVID L. BAUMBERGER
                                         Attorney I.D. No. 2420

DLB/slc

cc:    Peter G. Rossi, Esquire (via facsimile only to 215-665-2013)
       William Resch, Esquire (via facsimile only to 215-575-0856)
       Edward A. Jaeger, Esquire (via facsimile only to 215-789-7522)