UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN EMPLOYERS' INSURANCE COMPANY, as subrogee of College Book Stores of America,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED DOMINION INDUSTRIES, INC., THE MARLEY CORPORATION and MARLEY ENGINEERED PRODUCTS, SPX CORPORATION AND MARLEY CORPORATION,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>T.A. RIETDORF & SONS, INC.,<br><br>    Third-Party Defendant. | :<br>:<br>:   Civil Action No. 04-178<br>:<br>:<br>:<br>:   TRIAL BY JURY OF TWELVE<br>:   DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the Plaintiff, American Employers Insurance Company, against the defendants United Dominion Industries, The Marley Corporation, Marley Engineered Products, SPX Corporation and Marley Corporation, are hereby dismissed with prejudice. IT IS ALSO HEREBY STIPULATED and agreed by and between the parties that all claims asserted by the defendants/third-party plaintiffs against the third-party defendant T.A. Rietdorf & Sons, Inc. are hereby dismissed with prejudice.

| | |
|---|---|
| COZEN O'CONNOR<br><br>_____<br>Peter G. Rossi, Esquire<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801<br>Attorney for Plaintiff | CHRISSINGER & BAUMBERGER<br><br>_____<br>DAVID L. BAUMBERGER, #2420<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806<br>Attorney for Third-Party Defendant |

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

_____
WILLIAM H. RESCH, JR., ESQUIRE
1845 Walnut Street, #17
Philadelphia, PA 19103
Attorney for Defendants/Third-Party Plaintiffs

DATED: 8-26-05

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.